UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                   Case Number: 10-31076 GMB

Debtor: Gary A. & Susan M. Talvacchio

| Check Number | Creditor | Amount |
|---|---|---|
| 1814766 | Fulton Bank of New Jersey | $1,404.53 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  August 6, 2013